UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| REGINALD DAVIS PEOPLES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:23-CV-0655-JKP |
| | § | |
| NINE ENERGY SERVICE, INC; Dispatch HAPPY LOPEZ, individually and in her official capacity; Supervisor BRETT BLANKENSHIP, individually and in his official capacity; Manager PHILLIP STEINMETZ, individually and in his official capacity, | § | |
| | § | |
| Defendants. | § | |

## JOINT ADVISORY

**TO THE HONORABLE JUDGE JASON PULLIAM:**

Pursuant to the Court's Order dated August 17, 2023 (Doc. 16), the parties have conferred and now file this Joint Advisory to provide a status update and advise the Court that Plaintiff Reginald Davis Peoples intends to dismiss his claims against the named but yet unserved individual defendant, Phillip Steinmetz. Plaintiff will file a Motion to Dismiss under Federal Rule of Civil Procedure 41(a)(1) dismissing the claims against Defendant Phillip Steinmetz without prejudice, accordingly. As such, the case may be dismissed completely.

Respectfully Submitted,

/s/ Terry Henderson Peden
Terry Henderson Peden (Tx. Bar No. 24123963)
THE LAW GROUP OF THP, PLLC.
P.O. Box 1410
Houston, Texas 77251
Telephone: (334) 544-9471
Fax: (334) 460-9844
thp@thelawgroupofthp.com

***Counsel for Plaintiff, Reginald Davis Peoples***

AND

/s/ *Jennifer L. Anderson*
Jennifer L. Anderson, T.A. (Tx. Bar No. 24047796)
Mary Gentry (La. Bar No. 39890) (*Admitted Pro Hac Vice*)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
II Rivermark Center
450 Laurel Street, 21st Floor
Baton Rouge, Louisiana 70801
Telephone: (225) 381-7020
Fax: (225) 343-3612
jlanderson@bakerdonelson.com

***Counsel for Defendants, Nine Energy Service, Inc., Bret Blankenship, and Happy Lopez***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been filed electronically in and served on all counsel of record by this Court's CM/ECF system and by U.S. mail on any who are not registered with CM/ECF on this 24th day of August, 2023.

/s/ *Jennifer L. Anderson*
Jennifer L. Anderson