UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| REGINALD DAVIS PEOPLES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:23-CV-0655-JKP |
| | § | |
| NINE ENERGY SERVICE, INC; | § | |
| Dispatch HAPPY LOPEZ, individually | § | |
| and in her official capacity; Supervisor | § | |
| BRETT BLANKENSHIP, individually and | § | |
| in his official capacity; Manager PHILLIP | § | |
| STEINMETZ, individually and in his | § | |
| official capacity, | § | |
| | § | |
| Defendants. | § | |

## JOINT STIPULATION OF DISMISSAL

**NOW COME**, through undersigned counsel, Plaintiff Reginald Davis Peoples, and Defendants Nine Energy Service, Inc. ("Nine Energy"), Happy Lopez, and Bret[1] Blankenship (collectively "Nine Energy Defendants"), and file this Stipulation of Dismissal without prejudice under Federal Rules of Civil Procedure 41(a)(1)(A)(ii) stipulating the dismissal of the named, but yet unserved, individual defendant, Phillip Steinmetz. The Parties have agreed to proceed under the terms of the Dispute Resolution Agreement which requires Plaintiff to submit any and all disputes to binding arbitration. As such, the case may be dismissed completely.

---

[1] In the caption, Mr. Blankenship's name is incorrectly spelled at Brett Blankenship.

1

Respectfully Submitted,

/s/ Terry Henderson Peden
Terry Henderson Peden (Tx. Bar No. 24123963)
THE LAW GROUP OF THP, PLLC.
P.O. Box 1410
Houston, Texas 77251
Telephone: (334) 544-9471
Fax: (334) 460-9844
thp@thelawgroupofthp.com

**Counsel for Plaintiff, Reginald Davis Peoples**

AND

/s/ *Jennifer L. Anderson*
Jennifer L. Anderson, T.A. (Tx. Bar No. 24047796)
Mary Gentry (La. Bar No. 39890) (*Admitted Pro Hac Vice*)
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
II Rivermark Center
450 Laurel Street, 21st Floor
Baton Rouge, Louisiana 70801
Telephone: (225) 381-7020
Fax: (225) 343-3612
jlanderson@bakerdonelson.com

**Counsel for Defendants, Nine Energy Service, Inc., Bret Blankenship, and Happy Lopez**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been filed electronically in and served on all counsel of record by this Court's CM/ECF system and by U.S. mail on any who are not registered with CM/ECF on this 29th day of August, 2023.

/s/ *Jennifer L. Anderson*
Jennifer L. Anderson